# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September, two thousand twenty-six.

---

James Lowe, individually, and on behalf of all others similarly situated, Michael Collins, Rae Fuller,

Plaintiffs - Appellees,

v.

MoneyLion Technologies Inc.,

Defendant - Appellant.

**ORDER**

Docket No. 26-655

---

Robert Feeman, Individually and on behalf of all other similarly situated, Gustavo Gilly, Individually and on behalf of all other similarly situated, Michael Collins, Individually and on behalf of all other similarly situated,

Plaintiffs - Appellees,

v.

Bridge It, Inc., DBA Brigit,

Defendant - Appellant.

Docket No. 26-959

---

Deven Burkhardt, individually and on behalf of all others similarly situated,

Plaintiff - Appellee,

Docket No. 26-1197

v.

MoneyLion Technologies Inc., ML Plus LLC,
MoneyLion of Florida LLC,

Defendants - Appellants.

---

The parties in Feeman v. Bridge It, Inc., Docket No. 26-959 move for the above-captioned appeals to be heard in tandem.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court